# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM BOUDRAU,
          Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
          Respondents,

and

THE STATE OF NEVADA,
          Real Party in Interest.

No. 73159



FILED

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This is an original petition for a writ of mandamus. Petitioner has filed a motion to withdraw the petition. Counsel states that petitioner entered into a guilty plea agreement in which he agreed to withdraw this petition. Petitioner also consents to a voluntary withdrawal of the writ. Accordingly, cause appearing, we

ORDER this petition DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Given this order, we take no action on the motion for an extension of time filed on October 3, 2017.

17-39822

cc: Hon. Richard Scotti, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Adam Boudrau

SUPREME COURT
OF
NEVADA

(O) 1947A

2